IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE MITCHELL GOLD CO., LLC,<br><br>      Debtor. | Chapter 7<br><br>Case No. 23-11385-LSS<br>(Jointly Administered) |
| GEORGE L. MILLER, solely in<br>his capacity as the Chapter 7 Trustee of THE<br>MITCHELL GOLD CO., LLC,<br><br>      Plaintiff,<br>    v.<br><br>Leggett & Platt,<br><br>      Defendant. | Adv. Pro. No. 25-52267 |

**SUMMONS AND NOTICE OF PRETRIAL
CONFERENCE IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:    824 Market Street, 3rd Floor
Wilmington, Delaware 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorneys.
Name and Address of Plaintiff's Attorneys:

3

| CIARDI CIARID & ASTIN<br>John D. McLaughlin, Jr. (No. 4123)<br>Ciardi Ciardi & Astin<br>1204 N. King Street<br>Wilmington, DE 19801<br>Telephone: 484-437-2676<br>Email: jmclaughlin@ciardilaw.com | CIARDI CIARDI & ASTIN<br>Albert A. Ciardi, III<br>Nicole M. Nigrelli<br>Walter W. Gouldsbury III<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>(215) 557-3550<br>aciardi@ciardilaw.com<br>nnigrelli@ciardilaw.com<br>wgouldsbury@ciardilaw.com |
|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

Address:   United States Bankruptcy Court      Room: 6th Floor, Courtroom 2
           824 Market Street
           Wilmington, Delaware 19801          Date and Time: **To Be Determined**

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy Court
for the District of Delaware**

/s/ Stephen L. Grant, Sr.

*Clerk of the Bankruptcy Court*

Date: September 17, 2025