**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 7 |
| THE MITCHELL GOLD CO., LLC, | Case No. 23-11385-LSS |
| Debtor. | (Jointly Administered) |
| GEORGE L. MILLER, solely in his capacity as the Chapter 7 Trustee of THE MITCHELL GOLD CO., LLC, | Adv. Pro. No. 25-52267 |
| Plaintiff, v. | Re: Adv. D.I. 1 |
| LEGGETT & PLATT, |  |
| Defendant. |  |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that Ciardi Ciardi & Astin, counsel to George L. Miller, the chapter 7 Trustee (the "Plaintiff" or the "Trustee") to the Estate of the above-captioned Debtor (the "Debtor") pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rule(s)"), hereby dismisses the above-captioned adversary action.

Dated:  October 9, 2025

**CIARDI CIARDI & ASTIN**

*John D. McLaughlin, Jr.*
John D. McLaughlin, Jr. (No. 4123)
1204 N. King Street
Wilmington, DE 19801
(302) 658-1100 telephone
(302) 658-1300 facsimile
jmclaughlin@ciardilaw.com

*Counsel for the Chapter 7 Trustee*